Below is the Order of the Court.

_____
Paul B. Snyder
U.S. Bankruptcy Judge
(Dated as of Entered on Docket date above)

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## WESTERN DISTRICT COURT OF WASHINGTON

Re

**JAY L. HINRICHS**

     **Debtor(s)**

_____

**In Chapter 13 Proceeding
No. 11-49795-PBS**

**ORDER AVOIDING JUDGMENT LIEN(S)**

It is ORDERED that the judgment liens of the following creditors be and hereby declared null and void with respect to the property commonly known as 21622 83rd Ave E Spanaway, WA 98387, WA 98498 as long as the Debtor(s) receive a discharge in this case:

Citibank NA vs. Jay L. Hinrichs, In the Pierce County Superior Court, State of Washington, Cause No. 11-2-11895-4 entered August 10, 2011 in the amount of $46,482.81 Judgment Number 11-9-08977-1.

/// end of order ///

Presented by:

/s/ Ellen Ann Brown
_____
ELLEN ANN BROWN WSB#27992
Attorneys for Debtor(s)